**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gaspar BISHOP, a.k.a. Nigel Humphrey, Defendant–Appellant.**

**No. 11–12462
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 10, 2012.

Christopher P. Canova, Robert D. Stinson, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Gaspar Bishop, Atlanta, GA, pro se.

Before HULL, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Gaspar Bishop, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We have reviewed both counsel's brief and Bishop's response. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bishops's convictions and sentences are **AFFIRMED.**